THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM VITALE, Appellant.— Motion to dismiss appeal denied on condition that appellant serve and file a proper case on appeal from the judgment of conviction, and that the appeal be argued on Monday, November 10, 1924. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GLADYS S. BRUCKNER, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ABRAHAM J. WEINSTEIN, Appellant, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, and Others, Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WALTER S. RUCKERT, Plaintiff, v. HARRIS LASHER, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

SARAH SIEGEL, Respondent, v. NATIONAL SURETY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

CHARLES SIROTA, Respondent, v. JOSEPH SHACKNOVITZ and Others, Appellants, Impleaded with ISAAC FREIMOWITZ, Defendant.— Motion to dismiss appeal denied. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

EMANUEL WEISSMAN, Respondent, v. FINK BUILDING CORPORATION, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

GANFORD COMPANY, INC., Respondent, v. CONNERS BROS. CO., INC., Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

MARYLAND CASUALTY COMPANY, INC., Appellant, v. CORTLANDT BUILDING CORPORATION, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice.

In the Matter of the Application of JOHN C. OBERGFELL, Appellant, for an Order Directed to THOMAS S. CHESHIRE, Constituting the Board of Elections of Nassau County. MARTIN MCHALE and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

CITY OF LONG BEACH, Respondent, v. LONG BEACH WATER COMPANY and Others, Appellants.— Motion to amend order, and for further relief, denied, with ten dollars costs, and stay vacated. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.